1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SUNEEL SHARMA,                          No.  2:23-cv-2118 DAD DB PS

12              Plaintiff,

13         v.                                ORDER TO SHOW CAUSE

14   UNITED STATES DEPARTMENT OF
     AGRICULTURE, TOM VILSACK, in this
15   official capacity as Secretary of
     Agriculture,
16

17              Defendants.

18

19         Plaintiff Suneel Sharma is proceeding in this action pro se.  This matter was referred to the

20   undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).  On September

21   27, 2023, plaintiff filed a complaint, paid the applicable filing fee, and summons issued.  (ECF

22   Nos. 1 & 2.)  A letter also issued that advised plaintiff that Rule 4(m) of the Federal Rules of

23   Civil Procedure provides that a defendant must be dismissed if service of the summons and

24   complaint is not accomplished on the defendant within 90 days after the complaint was filed.

25   (ECF No. 3.)  More than 90 days have passed, plaintiff has taken no action in this case, and the

26   docket does not reflect proof of service on, or the appearance of, a defendant.

27   ////

28   ////

                                                   1

1    In this regard, it appears that plaintiff has failed to prosecute this action.  In light of

2    plaintiff's pro se status, and in the interests of justice, the court will provide plaintiff with an

3    opportunity to show good cause for plaintiff's conduct.

4    Accordingly, IT IS HEREBY ORDERED that:

5    1.  Plaintiff show cause in writing within fourteen days of the date of this order as to why

6    this case should not be dismissed for lack of prosecution[1]; and

7    2.  Plaintiff is cautioned that the failure to timely comply with this order may result in a

8    recommendation that this case be dismissed.

9    DATED:  April 18, 2024                    /s/ DEBORAH BARNES
                                                UNITED STATES MAGISTRATE JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23   DLB:6
     DB\orders\orders.pro se\sharma2118.R4.osc

24

25

26

_____

27   [1] Alternatively, if plaintiff no longer wishes to pursue this civil action, plaintiff may comply with
     this order by filing a request for voluntary dismissal pursuant to Rule 41(a) of the Federal Rules
28   of Civil Procedure.

2