1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     SUNEEL SHARMA,                              No.  2:23-cv-2118 DAD DB PS

12                     Plaintiff,

13            v.                                    ORDER

14     UNITED STATES DEPARTMENT OF
       AGRICULTURE, TOM VILSACK, in this
15     official capacity as Secretary of
       Agriculture,
16

17                     Defendants.

18

19          Plaintiff Suneel Sharma commenced this action while proceeding pro se.  This matter was,

20     therefore, referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. §

21     636(b)(1).  However, on May 16, 2024, counsel substituted in on plaintiff's behalf.  (ECF No. 7.)

22     Because plaintiff is no longer proceeding pro se, Local Rule 302(c)(21) no longer applies and,

23     accordingly, the case will be referred back to the assigned District Judge.  Therefore, all pretrial

24     motions, other than discovery motions, should now be noticed for hearing before the District

25     Judge assigned to this action.  The assigned magistrate judge shall continue to perform all duties

26     described in Local Rule 302(c)(1)-(20).

27     ////

28     ////

                                                    1

1    Accordingly, IT IS HEREBY ORDERED that:

2        1.  This matter is referred back to the District Judge assigned to this action pursuant to

3    Local Rule 302(c)(21);

4        2.  All dates pending before the undersigned are vacated; and

5        3.  Henceforth the caption on documents filed in this action shall be No. 2:23-cv-2118

6    DAD DB with the "PS" designation being eliminated.

7    Dated:  May 20, 2024

8

9

10                                           DEBORAH BARNES
                                             UNITED STATES MAGISTRATE JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    DLB:6
      DB/orders/orders.pro se/sharma2118.refer.back.ord

                                             2